**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1563**

---

ARNOLD J. WILLIAMS,

                              Plaintiff - Appellant,

        versus

JOHN J. CALLAHAN, Acting Commissioner of
Social Security,

                              Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap. Cynthia D. Kinser, Magistrate Judge. (CA-92-202-B)

---

Submitted: July 10, 1997          Decided: July 23, 1997

---

Before RUSSELL, HALL, and MURNAGHAN, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Arnold J. Williams, Appellant Pro Se. Victor Jerry Pane, Jr., SOCIAL SECURITY ADMINISTRATION, Philadelphia, Pennsylvania; Julie C. Dudley, Assistant United States Attorney, John Francis Corcoran, OFFICE OF THE UNITED STATES ATTORNEY, Roanoke, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the magistrate judge's[*] orders affirming the denial of disability insurance and denying his motion for reconsideration. We have reviewed the record and the magistrate judge's opinions and orders and find no reversible error. Accordingly, we affirm on the reasoning of the magistrate judge. <u>Williams v. Callahan</u>, No. CA-92-202-B (W.D. Va. Mar. 11 & 31, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

_____

[*] Parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (1994).

2